AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations

Sheet 1                                                                                                   FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA   2007 SEP 19 AM 11: 53

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
JACKSONVILLE, FLORIDA
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:   3:04-cr-361-J-20MCR
USM NUMBER:   03330-061

v.

OSCAR TYRONE JONES

Defendant's Attorney:   Noel G. Lawrence (cja)

## THE DEFENDANT:

___**X**___   admitted guilt to violation of charge number(s)_____Two_____ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| Two | Failure to submit written monthly reports. | March 2007 |

       The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___**X**___   Charge number(s)_____One_____ and is dismissed upon oral motion by the United States.

          It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: September 19, 2007

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: September 19, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
          Sheet 2 - Imprisonment

| Defendant: | OSCAR TYRONE JONES | Judgment - Page _2_ of _2_ |
|---|---|---|
| Case No.: | 3:04-cr-361-J-20MCR | |

## IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.     p.m.     on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL